IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.S. (a minor child, by and through his father and next best friend, John Seawright), <br><br> v. <br><br> Officer Curt Campbell, in his individual capacity, <br> Defendant. | Civil Case No. 2:05-cv-_____ <br><br> **JURY TRIAL DEMANDED** |

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiffs, John Seawright, as father and next best friend for J.S., move this Honorable Court for an order allowing them to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached declarations in support of the motion.

RESPECTFULLY SUBMITTED on this the 28th day of September, 2005.

KEITH ANDERSON NELMS (NEL022)
JAY LEWIS (LEW031)
Plaintiffs' Attorneys

OF COUNSEL:
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (voice)
(334) 832-4390 (fax)
ASB-2014-E66J
andersonnelms@LayLewisLaw.com

