IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J. S. (a minor child, by and through his father and next best friend, John Seawright), | * * * * |
| v. | * Civil Case No. 2:05-cv-928-T |
| | * |
| Officer Curt Campbell in his individual capacity, Defendant. | * JURY TRIAL DEMANDED * * |

## DECLARATION OF SUBSTANTIAL HARDSHIP

COMES NOW, John Searight, and files his Affidavit of Substantial Hardship with the Court in the above-styled cause, and as grounds therefor says as follows:

1. I am the natural father of the minor child in this action.

2. Because of substantial hardship, I am unable to pay the docket and service fees in this case.

3. I presently receive disability, am unable to work, and without the financial resources to pay the above-referenced fees.

4. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

Further declarant saith not.

Done on this the 28th day of September, 2005.

_____
John Seawright
Declarant

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Declarant

9-18-05
Executed on   (date)