# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

J.S., a minor child by and )
through his father and )
next best friend John )
Seawright, )
                     )
    Plaintiff, )
                     )    CIVIL ACTION NO.
    v. )     2:05cv928-T
                     )
OFFICER CURT CAMPBELL, in )
his individual capacity, )
                     )
    Defendant. )

## ORDER

It is ORDERED that plaintiff's motion to proceed in forma pauperis (Doc. No. 2) is granted.

DONE, this the 4th day of October, 2005.


                         /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE