# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

J.S

V.

Officer Curt Campbell

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv928-T

TO: (Name and address of defendant)
Curt Campbell
Fort Deposit Police Department
260 Old Fort Road
Fort Deposit, AL 36032

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Andy Nelms
Jay Lewis
847 S. McDonough Street
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

DATE 10/4/05