| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Diane Knight*  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): DIANE KNIGHT   C. Date of Delivery: 10/7/05 |
| 1. Article Addressed to:<br><br>Curt Campbell<br>Fort Deposit Police Department<br>260 Old Fort Road<br>Fort Deposit, AL 36032 | D. Is delivery address different from item 1? ☒ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:05CV928-T |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered        ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0004 6820 4080 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540