**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                              TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:    Clerk's Office

**Case Style: JS  v. Campbell**
**Case Number: 2:05cv928-T**

**Referenced Pleading: Order - 11/17/05 - Doc. 9**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**