IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J.S., a minor child by and  )
through his father and      )
next best friend John       )
Seawright,                  )
                            )
     Plaintiff,             )
                            )        CIVIL ACTION NO.
     v.                     )         2:05cv928-T
                            )
OFFICER CURT CAMPBELL, in   )
his individual capacity,    )
                            )
     Defendant.             )
```

ORDER

It is ORDERED that defendant's motion for more definite statement (Doc. No. 7) is set for submission, without oral argument, on December 6, 2005, with all briefs due by said date.

DONE, this the 17th day of November, 2005.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE