IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

J.S., (a minor child by and through his          *
father and next fried, John Seawright),          *
                                                 *
        Plaintiff,                               *
                                                 *
vs.                                              *        Civil Case No. 02:05-cv-928-T
                                                 *
Officer Curt Campbell, in his individual    *
capacity,                                        *
                                                 *
        Defendant.                               *

## NOTICE OF APPEARANCE

COMES NOW, April M. Willis of the law firm of Nix, Holtsford, Gilliland, Higgins &

Hitson, P.C. and hereby enters an appearance as additional counsel for Officer Curt Campbell.

RESPECTFULLY SUBMITTED, this the _18th_ day of _November_, 2005.

_____
ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (HOW045)
APRIL M. WILLIS (WIL304)
Attorneys for Curt Campbell

OF COUNSEL:
Nix Holtsford Gilliland
        Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day sent by mail, postage prepaid, an exact copy of the foregoing document to:

Jay Lewis
Andy Nelms
847 S. McDonough Street
Montgomery, Alabama 36104


This the 18th day of November, 2005.

OF COUNSEL