**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **J.S., (a minor child by and through his father and next fried, John Seawright),** | * | |
| | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **Civil Case No. 02:05-cv-928-T** |
| | * | |
| **Officer Curt Campbell, in his individual capacity,** | * | |
| | * | |
| | * | |
| **Defendant.** | * | |

**REPORT OF PARTIES PLANNING MEETING**

I.    Pursuant to Fed. R. Civ. P. 26(f), a scheduling meeting was held on December 5, 2005, and was attended by:

Jay Lewis and Andy Nelms for Plaintiff

Rick Howard for Defendant

II.    Pre-Discovery Disclosures

The parties will exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) within twenty-one days after the scheduling order has been entered.

III.    Discovery Plan

The parties jointly propose to the Court the following discovery plan:

a.    All discovery commenced in time to be completed by January 8, 2007.

b.    Maximum of 40 interrogatories by each party to the other party; responses are due 30 days after service.

c.    Maximum of 30 requests for admissions by each party to the other party; responses due 30 days after service;

d.    Maximum of 10 depositions by Plaintiff and 10 depositions by Defendants.

e.      Each deposition will not exceed four hours unless agreed to by the parties.

f.      Reports from retained experts under Rule 26(a)(2) due:

|  |  |  |
|---|---|---|
| From Plaintiffs | : | June 1, 2006 |
| From Defendants | : | July 6, 2006 |

IV.    Other Items

a.      Parties do not request a conference with the Court before entry of the scheduling order;

b.      The parties request a pretrial conference in January 2007

c.      Plaintiffs will be allowed until March 1, 2006, to join additional parties and until March 1, 2006, to amend pleadings.

d.      Defendants shall be allowed until April 3, 2006, to join additional parties and until April 3, 2006, to amend pleadings.

e.      All potentially dispositive motions should be filed by October 1, 2006.

f.      Final list of witness and exhibits under Rule 26(a)(3) should be due:

|  |  |
|---|---|
| Plaintiff's exhibit list - | January 8, 2007 |
| Plaintiff's witness list - | January 8, 2007 |
|  |  |
| Defendant's exhibit list - | January 8, 2007 |
| Defendant's witness list - | January 8, 2007 |

g.      Parties should have ten days after service of final list of witnesses and exhibits to list an objection under Rule 26(a)(3).

h.      The case should be ready for trial by February 12, 2007, and is expected to take approximately 2 days.

Dated: _____

                          /s Rick A. Howard_____
                          Alex L. Holtsford, Jr. (HOL048)
                          Rick A. Howard (HOW045)
                          April Willis (WIL304)
                          Attorneys for Defendant

OF COUNSEL:

Nix Holtsford Gilliland
     Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36104
334-215-8585

                  s/Jay Lewis
                  Jay Lewis
                  Attorney for Plaintiff

OF COUNSEL:

Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Plaintiff