IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J.S., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-928-WKW |
| | ) | |
| CURT CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the Court on the plaintiff's Motion to Amend Complaint (Doc. # 17) filed on April 2, 2006. It is hereby ORDERED that the motion is GRANTED.

DONE this the 5th day of April, 2006.

                                            /s/  W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE