IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

J.S.,                                    )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        CASE NO. 2:05-CV-928-WKW
                                         )
CURT CAMPBELL,                           )
                                         )
        Defendant.                       )

## **ORDER**

This case is before the Court on the plaintiff's Motion to Amend Complaint (Doc. # 20) filed

on April 10, 2006.  It is hereby ORDERED that the motion is GRANTED.

DONE this the 12th day of April, 2006.

        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE