RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA 2006 APR 17 P 4: 01
NORTHERN DIVISION

P. HACKETT
DISTRICT COURT
MIDDLE DISTRICT AL.

| | | |
|---|---|---|
| J.S., (a minor child by and through his father and next friend, John Seawright), | * * * | |
| Plaintiff, | * * | |
| vs. | * * | Civil No. 02:05-cv-928-WKW |
| Officer Curt Campbell, in his individual capacity, | * * * | |
| Defendant. | * | |

**DEFENDANT'S MOTION FOR ENTRY OF HIPAA ORDER**

COMES NOW the Defendant, by and through counsel, and respectfully requests this

Honorable Court to sign and enter the attached HIPAA Order in this case. Said Order is

necessary so that the Defendant may obtain mental health records which are relevant and

material to the claims asserted against the Defendant by the Plaintiff in this case.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests this

Honorable Court to sign and enter the attached HIPAA Order so that the Defendant may

utilize said order to begin discovery of relevant and material medical information with

respect to the Plaintiff.

Respectfully submitted this the ___17th___ day of ___April___, 2006.

_____
RICK A. HOWARD (RAH045)
Attorney for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Jay Lewis
Law Offices of Jay Lewis, LLC
Post Office Box 5059
Montgomery, AL 36103

by placing same in the United States Mail, postage prepaid, on this the _17th_ day of February, 2006. *April*

_____
OF COUNSEL