IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J. S. (a minor child, by and through his father and next best friend, John Searight), | * * * * | |
| v. | * * | Civil Case No. 2:05-cv-928-W |
| Officer Curt Campbell, in his individual capacity,   Defendant. | * * * | |

**RESPONSE TO MOTION FOR HIPAA ORDER**

COMES NOW Plaintiff J.S. and responds to the defendant's motion for HIPAA order as follows:

J.S. has no objection to the issuance of the said order.

RESPECTFULLY SUBMITTED on this the __18th__ day of April, 2006.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
One of the Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below named parties or attorneys on this __18th__ day of April, 2006.

Alex L. Holtsford, Jr.
Rick A. Howard

                                            /s/ JAY LEWIS
                                            Jay Lewis
                                            Law Offices of Jay Lewis, LLC
                                            P.O. Box 5059
                                            Montgomery, AL 36103
                                            (334) 263-7733 (Voice)
                                            (334) 832-4390 (Fax)
                                            J-Lewis@JayLewisLaw.com
                                            ASB-2014-E66J
                                            One of the Attorneys for Plaintiff