IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.S., *a minor child, by and through his father and next best friend, John Seawright*,  ) ) ) ) | |
| Plaintiff,  ) ) | |
| v.  ) ) | CASE NO. 2:05-cv-928-WKW |
| CURT CAMPBELL,  ) ) | |
| Defendant.  ) | |

# **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment and Memorandum Brief in Support Thereof (Doc. # 28) filed on June 16, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on July 20, 2006.

It is further ORDERED that the plaintiff file a response which shall **include a brief and any evidentiary materials** on or before July 13, 2006. The defendant may file a reply brief on or before July 20, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 22nd day of June, 2006.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE