# Exhibit 5
# Incident/Offense Report

Case 2:05-cv-00928-WKW-DRB    Document 30-6    Filed 07/13/2006    Page 1 of 3

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 05/15/05 7:50 PM | 96 CASE # 05-81-12-0069 | 97 SFX | 98 ☒ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | ☐ CHECK IF MULTIPLE |

| 99 NAME (LAST, FIRST, MIDDLE) | 100 NICKNAME/ALIAS | 101 RACE | 102 SEX | 103 DOB | 104 AGE |
|---|---|---|---|---|---|
| CRENSHAW, JOHN A. | "CANDY MAN" | B | M | | |

| 105 ADDRESS (STREET, CITY, STATE, ZIP) | 106 HGT | 107 WGT | 108 EYE | 109 HAIR | 110 COMPLEXION |
|---|---|---|---|---|---|
| 311 N. POLLARD ST. FORT DEPOSIT, AL 36032 | 4'8" | 100 | BRO | BLK | DARK |

111 PROBABLE DESTINATION
112 ARMED? ☒ N
113 WEAPON

114 CLOTHING: BLUE T-SHIRT, JEANS

**WITNESSES:**
- #1 WALKER, LAURA  F, B — North Pollard St., 36032
- #2 SEARIGHT, TRAVIS — North Pollard St., 36032
- #3 WALKER, MELISSA

137 NARRATIVE:

ON 5.15.2005 ABOUT 7:30 P.M WHILE ON PATROL NEAR THE NORTH POLLARD STREET AREA, A JUVENILE MALE (CANDY MAN) WAS MAKING AN OBSCENE GESTURE TOWARDS ME. AFTER APPROACHING HIM, I ATTEMPTED TO EXPLAIN TO HIM THAT IT WAS DISRESPECTFUL TO DO THAT. AT THIS POINT, HE BECAME VERBALLY DISRESPECTFUL AND I INSTRUCTED HIM TO BE QUIET SEVERAL TIMES AND HE REFUSED. THE JUVENILE ATTEMPTED TO STRIKE ME AS I SPOKE WITH HIM. I GRABBED HIM AROUND THE NECK AND ARM AND SAT HIM ON THE GROUND. THE JUVENILE WAS RELEASED TO HIS PARENTS (JOHN AND LISA SEARIGHT)

149 REPORTING OFFICER: INV. T. C. CAMPBELL   ID# 812

147 CASE STATUS: ☒ PENDING

Campbell
00002

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

**DEFENDANT'S EXHIBIT A**

| Field | Value |
|---|---|
| 2 CASE # | 0 5 8 1 2 0 0 6 9 |
| 4 ORI # | 0 4 5 0 1 0 0 |
| 5 DATE AND TIME OF THIS REPORT | 05 15 05  750 PM |
| 6 AGENCY NAME | Fort Deposit Police Dept. |
| 8 REPORTED BY | T. C. Campbell |
| 9 ADDRESS | 260 Old Fort Rd. Fort Deposit, AL 36032 |
| 10 PHONE | 227-4331 |
| 30 TYPE INCIDENT OR OFFENSE | Disorderly Conduct (MISD.) |
| 38 PLACE OF OCCURRENCE | North Pollard St. |
| 45 TIME | 7:25 PM |
| OCCURRED ON OR BETWEEN | 05 15 05 |
| 52 TIME | 7:30 PM |
| 47 LIGHTING | NATURAL |
| 48 WEATHER | CLEAR |
| 49 PREMISE | OTHER — YARD |
| 58 WEAPON USED | HANDS, FISTS, VOICE, ETC. |

TYPE OR PRINT IN BLACK INK

Campbell
00001

INCHES  1  2  3  4