IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J. S. (a minor child, by and through his father and next best friend, John Seawright), | * * * * |
| v. | * Civil Case No. 2:05-cv-928-WKW |
| | * |
| Officer Curt Campbell, in his individual capacity, <br>    Defendant. | * * * |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff, by and through his counsel and reports to the Court as follows:

As required by the Court's scheduling order, counsel for the plaintiff has met and conferred with counsel for the defendant regarding the possibility of settling this case. At present, it appears that settlement will not be possible; however the parties continue to negotiate. The parties do not believe that mediation will assist them in resolving this case. Therefore, the parties do not request mediation.

Respectfully submitted this the __12th__ day of July, 2006.

                                                                               s/K. ANDERSON NELMS
                                                                               K. ANDERSON NELMS
                                                                               P.O. Box 5059
                                                                               Montgomery, AL 36103
                                                                               Phone: (334) 263-7733
                                                                               Fax: (334) 832-4390
                                                                               andynelms@jaylewislaw.com
                                                                               ASB-6972-E63K
                                                                               Counsel for Plaintiff

OF COUNSEL:
THE LAW OFFICES OF JAY LEWIS, LLC
847 S. McDonough Street
Montgomery, Alabama 36104
(334) 263-7733
fax: (334) 832-4390

## CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing on the following parties and/or counsel by placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by electronic delivery on this_12th_ day of July, 2006.

Alex L. Holtsford
Rick A. Howard
April W. McKay

                                        s/K. ANDERSON NELMS
                                        K. ANDERSON NELMS
                                        P.O. Box 5059
                                        Montgomery, AL 36103
                                        Phone: (334) 263-7733
                                        Fax: (334) 832-4390
                                        andynelms@jaylewislaw.com
                                        ASB-6972-E63K