IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J.S., *a minor child, by and through* | ) | |
| *his father and next best friend,* | ) | |
| John Seawright | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-928-WKW |
| | ) | |
| CURT CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Defendant's Motion for More Definite Statement filed on

November 15, 2005 (Doc. # 7), it is hereby

ORDERED that the motion is DENIED as moot.

DONE this 11th day of August, 2006.


        /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE