**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS JUDGE                                AT MONTGOMERY, ALABAMA

DATE COMMENCED   SEPTEMBER 22, 2006                     AT 11:03 A.M./P.M.

DATE COMPLETED   SEPTEMBER 22, 2006                     AT 11:12 A.M./P.M.

```
J.S.                              )
  Plaintiff                       )        Civil Action No.
                                  )
vs.                               )        2:05cv928-WKW
                                  )
CURT CAMPBELL                     )
  Defendant                       )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
|  | X |  |
| Atty. Jay Lewis | X | Atty. Rick Howard |
| Atty. Keith Nelms | X | Atty. April McKay |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

Ann Roy                                                 Jerusha Adams
Courtroom Clerk                                         Law Clerk

---

COURTROOM PROCEEDINGS:

**PRETRIAL CONFERENCE**

11:03 a.m.     Pretrial conference commences (off the record). Parties to
               submit an amended proposed pretrial order by 5:00 p.m.
               September 26, 2006.
11:12 a.m.     Hearing concluded.

2