IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J.S., (a minor child by and through his father and next fried, John Seawright), | * * * | |
| Plaintiff, | * * | |
| vs. | * * | Civil Case No. 02:05-cv-928-WKW |
| Officer Curt Campbell, in his individual capacity, | * * * | |
| Defendant. | * | |

### EXHIBIT LIST

COMES NOW Defendant, by and through counsel, and states the following exhibits may be utilized at the trial of this matter.

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1. | Alabama Uniform Incident/Offense Report, May 5, 2005 |
| 2. | Records from Montgomery Area Mental Health Center |
| 3. | Records from Fort Deposit Elementary School |
| 4. | Documents in Defendant's initial disclosures labeled Exhibit A |
| 5. | Plaintiff's response to Defendant's interrogatories and requests for production |
| 6. | Plaintiff's complaint |
| 7. | Plaintiff's more definite statement |
| 8. | Plaintiff's amended complaint dated 04/02/06 |
| 9. | Plaintiff's amended complaint dated 04/07/06 |

10.         Records from Lowndes County Mental Health Center

11.         Map of Fort Deposit

12.         Deposition of John Seawright

13.         Deposition of John Seawright, Sr.

14.         Alabama Code § 13A-11-7

      RESPECTFULLY SUBMITTED, this the __26th____ day of _September, 2006.

    /s/ Rick A. Howard
ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (HOW045)
APRIL M. WILLIS (WIL304)
Attorneys for Curt Campbell

OF COUNSEL:
Nix Holtsford Gilliland
    Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day sent by mail, postage prepaid, an exact copy of the foregoing document to:

Jay Lewis
Andy Nelms
847 S. McDonough Street
Montgomery, Alabama 36104

    This the 26th day of September, 2006.

    /s/ Rick A. Howard
OF COUNSEL