IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J.S., (a minor child by and through his father and next fried, John Seawright), | * * * | |
| Plaintiff, | * * | |
| vs. | * * | Civil Case No. 02:05-cv-928-WKW |
| Officer Curt Campbell, in his individual capacity, | * * * * | |
| Defendant. | * | |

**DEFENDANT'S IDENTIFICATION OF DEPOSITION PARTS FOR USE AT TRIAL**

COMES NOW Defendant, by and through counsel, and states the following parts of deposition may be utilized as substantive evidence at the trial of this case:

**I.    DEPOSITION OF PLAINTIFF, J. S., deposition taken March 3, 2006**

| PAGE # | LINE # |
|---|---|
| 12 | 18-23 |
| 13 | 1-7 |
| 41 | 22-23 |
| 42 | 1-23 |
| 43 | 1-13 |
| 44 | 19-20 |
| 47 | 6-13 |
| 48 | 3-18 |
| 56 | 1-15 |
| 65 | 13-15 |
| 97 | 13-23 |
| 98 | 1-4 |

II.  **DEPOSITION OF JOHN A. SEAWRIGHT, deposition taken March 3, 2006**

| PAGE # | LINE # |
|---|---|
| 16 | 18-21 |
| 28 | 17-21 |
| 29 | 8-10 |
| 37 | 17-21 |
| 38 | 4-10 |

RESPECTFULLY SUBMITTED, this the 26th day of September, 2006.

    /s/ Rick A. Howard
ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (HOW045)
APRIL M. WILLIS (WIL304)
Attorneys for Curt Campbell

OF COUNSEL:
Nix Holtsford Gilliland
    Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day sent by mail, postage prepaid, an exact copy of the foregoing document to:

Jay Lewis
Andy Nelms
847 S. McDonough Street
Montgomery, Alabama 36104

This the 26th day of September, 2006.

    /s/ Rick A. Howard
OF COUNSEL