IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J.S., (a minor child by and through his father and next fried, John Seawright), | * * * | |
| Plaintiff, | * * | |
| vs. | * * | Civil Case No. 02:05-cv-928-WKW |
| Officer Curt Campbell, in his individual capacity, | * * * * | |
| Defendant. | * | |

## WITNESS LIST

COMES NOW Defendant, by and through counsel, and states the following individuals may be called as witnesses at the trial of this matter:

1. Curt Campbell
   260 Old Fort Road
   Fort Deposit, Alabama 36032

2. Laura Walker, Plaintiff's neghbor

3. Travis Seawright, Plaintiff's neighbor

4. Melissa Walker, Plaintiff's neighbor

5. Cathy Iverson
   334-548-5309

6. Emergystat Ambulance Services
   6 Woodland Drive, #D
   Hayneville, Alabama 36040

7. Jamie Davis
   Fort Deposit, Alabama

8. Johnny Griffin

9. Cynthia Piegler

10. Debra Piegler

11. Representative/Custodian of Records
Fort Deposit Elementary School
P.O. Box 250
Fort Deposit, Alabama 36032-0250

12. Representative/Custodian of Records
Lowndes County District Court

13. Representative/Custodian of Records
Lowndes County Circuit Court

14. Lisa Seawright

15. Arthur Seawright

16. John Seawright

17. Representative/Custodian of Records
L.V. Stabler Hospital
29 LV Stabler Drive
Greenville, Alabama 36037

18. Representative/Custodian of Records
Lowndes County Sheriff's Department
P.O. Box 157
Hayneville, Alabama 36040-0157

19. Representative/Custodian of Records
Lowndes County E-911 System

20. Representative/Custodian of Records
Fort Deposit, Alabama

21. Representative/Custodian of Records
Dr. Philip Golomb
19 Milner Street
P.O. Box 392
Fort Deposit, Alabama 36032

22. Representative/Custodian of Records

    Montgomery Area Mental Health
    101 Coliseum Blvd.
    Montgomery, Alabama 36109

23.    Representative/Custodian of Records
    Lowndes County Mental Health
    5 Academy Lane
    Hayneville, AL 36040

    RESPECTFULLY SUBMITTED, this the 26th day of September, 2006.

    /s/ Rick A. Howard
    ALEX L. HOLTSFORD, JR. (HOL048)
    RICK A. HOWARD (HOW045)
    APRIL M. WILLIS (WIL304)
    Attorneys for Curt Campbell

OF COUNSEL:
Nix Holtsford Gilliland
    Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day sent by mail, postage prepaid, an exact copy of the foregoing document to:

Jay Lewis
Andy Nelms
847 S. McDonough Street
Montgomery, Alabama 36104

    This the 26th day of September, 2006.

    /s/ Rick A. Howard
    OF COUNSEL