IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 OCT 23 P 1:57

| | |
|---|---|
| J.S., (a minor child by and through his father and next fried, John Seawright), | * * * |
| Plaintiff, | * * |
| vs. | * Civil Case No. 02:05-cv-928-WKW * |
| Officer Curt Campbell, in his individual capacity, | * * * |
| Defendant. | * |

### DEFENDANT'S REQUESTED VOIR DIRE

COMES NOW Defendant, by and through counsel, and requests the Court to ask the following questions during voir dire:

1. Have you or any member of your family had any connection with the Fort Deposit Police Department? If so, please state the nature of your contact with the City of Fort Deposit Police Department.

2. Have you or any member of your family ever been treated for mental health problems?

3. Has anyone ever been arrested for disorderly conduct or had friends or family arrested for disorderly conduct?

4. Does anyone have a bias or prejudice against police officers or law enforcement?

5. Do any of you feel that a police officer should not restrain a juvenile under any circumstances?

6. Have any of you ever protested the war, abortion, or any engaged in any other similar expressions of your rights to free speech under the First Amendment?

_____
Alex L. Holtsford, Jr. (HOL048)
Rick A. Howard (HOW045)
April W. McKay (WIL304)
Attorneys for Defendants

OF COUNSEL:
Nix Holtsford Gilliland
     Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing document was served upon the following, via United States Mail, postage prepaid, on this the 23 day of October, 2006.

Jay Lewis
Andy Nelms
847 S. McDonough Street
Montgomery, Alabama 36104

_____
OF COUNSEL