IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 OCT 23 P 1:57

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| J.S., (a minor child by and through his father and next fried, John Seawright),<br><br>    Plaintiff,<br><br>vs.<br><br>Officer Curt Campbell, in his individual capacity,<br><br>    Defendant. | *<br>*<br>*<br>*<br>*<br>*Civil Case No. 02:05-cv-928-WKW<br>*<br>*<br>*<br>*<br>* |

## DEFENDANT'S SPECIAL INTERROGATORIES TO THE JURY REGARDING QUALIFIED IMMUNITY AND DISCRETIONARY FUNCTION IMMUNITY

COMES NOW the Defendant, by and through counsel, pursuant to *Johnson v. Breeden*, 280 F.3d 1308, 1317-19 (11th Cir. 2002), and request the court to submit special interrogatories to the jury on the issue of qualified immunity and discretionary function immunity. Defendant requests the following special interrogatories be submitted to the jury:

1. Do you find that at the time Officer Campbell detained Plaintiff, Plaintiff made an obscene gesture and utilized fighting words?

   _____          _____
   Yes                    No

2. Do you find that the Plaintiff was belligerent?

   _____          _____
   Yes                    No

## CERTIFICATE OF SERVICE

I hereby certify that I have this day sent by mail, postage prepaid, an exact copy of the foregoing document to:

Jay Lewis
Andy Nelms
847 S. McDonough Street
Montgomery, Alabama 36104

This the 23rd day of October, 2006.

_____
OF COUNSEL

3. Do you find that the Plaintiff utilized profanity?

   _____          _____
   Yes                 No

4. Do you find that the Plaintiff attempted to strike or actually struck Officer Campbell?

   _____          _____
   Yes                 No

5. Do you believe that it is at least arguable that Officer Campbell had reasonable suspicion to believe that the Plaintiff made an obscene gesture and utilized fighting words?

   _____          _____
   Yes                 No

6. Do you find that Plaintiff utilized obscene language in the presence of individuals, other than Officer Campbell, that could hear the obscene language?

   _____          _____
   Yes                 No

   _____
   Alex L. Holtsford, Jr. (HOL048)
   Rick A. Howard (HOW045)
   April Willis (WIL304)
   Attorneys for Defendant

OF COUNSEL:
Nix Holtsford Gilliland
      Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36104
334-215-8585