**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| J.S., (a minor child by and through his father and next fried, John Seawright), | * * * |
| Plaintiff, | * * |
| vs. | *Civil Case No. 02:05-cv-928-WKW * |
| Officer Curt Campbell, in his individual capacity, | * * * |
| Defendant. | * |

**DEFENDANT'S AMENDED SPECIAL INTERROGATORIES TO THE JURY
REGARDING QUALIFIED IMMUNITY AND DISCRETIONARY FUNCTION IMMUNITY**

COMES NOW the Defendant, by and through counsel, pursuant to *Johnson v. Breeden*, 280 F.3d 1308, 1317-19 (11th Cir. 2002), and request the court to submit special interrogatories to the jury on the issue of qualified immunity and discretionary function immunity. Defendant requests the following special interrogatories be submitted to the jury:

1. Do you find that at the time Officer Campbell detained Plaintiff, Plaintiff made an obscene gesture and utilized fighting words?

   _____     _____
   Yes              No

2. Do you find that the Plaintiff was belligerent?

   _____     _____
   Yes              No

3. Do you find that the Plaintiff utilized profanity?

   _____    _____
   Yes               No

4. Do you find that the Plaintiff attempted to strike or actually struck Officer Campbell?

   _____    _____
   Yes               No

5. Do you believe that it is at least arguable that Officer Campbell had reasonable suspicion to believe that the Plaintiff made an obscene gesture and utilized fighting words?

   _____    _____
   Yes               No

6. Do you find that Plaintiff utilized obscene language in the presence of individuals, other than Officer Campbell, that could hear the obscene language?

   _____    _____
   Yes               No

7. Do you find that Plaintiff's gesture was speech protected by the United States Constitution?

   _____    _____
   Yes               No


*Rick A. Howard*
Alex L. Holtsford, Jr. (HOL048)
Rick A. Howard (HOW045)
April Willis (WIL304)
Attorneys for Defendant

OF COUNSEL:
Nix Holtsford Gilliland
 Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36104
334-215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day sent by mail, postage prepaid, an exact copy of the foregoing document to:

Jay Lewis
Andy Nelms
847 S. McDonough Street
Montgomery, Alabama 36104

This the 24th day of October, 2006.

*Rick A. Howard*
OF COUNSEL