## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK						TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style:  J.S. v. Campbell

Case Number:  :  2:05-cv-00928-WKW

Referenced Docket Entry - *** Supplemental MOTION to Modify re 47 Interrogatories Propounded - Doc.  No. 50

The referenced docket entry was filed electronically   in ERROR  on ***October 24, 2006***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because this should have been filed as an Amended document re: doc. [47];  not a pending motion.  Please DISREGARD this docket entry.