IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J.S., (a minor child by and through his father and next friend, John Seawright), ) ) ) Plaintiff, ) ) vs. ) ) Officer Curt Campbell, in his individual capacity, ) ) ) Defendant. ) ) ) ) ) | Case No. 2:05-cv-928-WKW |

**ORDER**

⎯⎯⎯⎯Upon consideration of Defendant's Motion in Limine filed on October 23, 2006 (Doc. # 48), it is hereby

ORDERED that on or before November 1, 2006, the plaintiff shall show cause in writing why the motion should not be granted.

DONE this 25th day of October, 2006.

                                            /s/  W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE