IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J.S., (a minor child by and through his father and next fried, John Seawright), | * * * | |
| Plaintiff, | * * | |
| vs. | * * | Civil Case No. 02:05-cv-928-WKW |
| Officer Curt Campbell, in his individual capacity, | * * * | |
| Defendant. | * | |

DEFENDANT'S OBJECTION TO PLAINTIFF'S JURY INSTRUCTION NUMBER 3

COMES NOW Defendant, by and through counsel, and objects to Plaintiff's jury instruction number 3. The request asks the Court to instruct the jury on a state law claim of false imprisonment. There is no state law false imprisonment claim pending before the Court. The Defendant may have other objections to Plaintiff's requested jury instructions that are pending before the Court at the trial of this matter.

    /s/ Rick A. Howard
Alex L. Holtsford, Jr. (HOL048)
Rick A. Howard (HOW045)
April W. McKay (WIL304)
Attorneys for Defendants

OF COUNSEL:
Nix Holtsford Gilliland
      Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585

## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the foregoing document was served upon the following, via United States Mail, postage prepaid, on this the 25th day of October, 2006.

Jay Lewis
Andy Nelms
847 S. McDonough Street
Montgomery, Alabama 36104


       /s/ Rick A. Howard
       OF COUNSEL