IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

# MONTGOMERY CIVIL JURY TERM

## COMMENCING MONDAY NOVEMBER 6, 2006 at 10:00 AM* FEDERAL COURTHOUSE, MONTGOMERY, ALABAMA

*JUDGE WILLIAM KEITH WATKINS, PRESIDING*

**\*ALL JURIES** will be selected on November 6, 2006 at 10:00 a.m. with individual trials commencing thereafter as later scheduled by the Court.

U.S. District Court
Alabama Middle District
Calendar Events Set For 11/6/2006

Judge William Keith Watkins, Presiding

Courtroom 2E

**JURY SELECTION - TRIAL**

10:00 a.m.             2:03-cv-01181-WKW-CSC - **Cotney v. Bowers**

    Jay Lewis and Keith Anderson Nelms representing
    **David Franklin Cotney, Jr (Plaintiff)**

    Charles Richard Hill, Jr and Daryl L. Masters representing
    **Gary Bowers (Defendant)**

U.S. District Court
Alabama Middle District
Calendar Events Set For 11/6/2006

Judge William Keith Watkins, Presiding

Courtroom 2E

**JURY SELECTION - TRIAL**

---

10:00 a.m.     2:05-cv-00928-WKW-DRB **- J.S. v. Campbell**

Jay Lewis and Keith Anderson Nelms representing **J. S. (Plaintiff)**

Alex L. Holtsford, Jr and April Willis McKay and Rick A. Howard representing **Curt Campbell (Defendant)**