IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J.S., (a minor child by and through his father and next friend, John Seawright), | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:05-cv-928-WKW (WO) |
| Officer Curt Campbell, in his individual capacity, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

It is hereby

ORDERED that Defendant's Motion in Limine (Doc. #48), having been duly considered by the court,[1] is hereby GRANTED as to items 2, 3, 4, 5, and 6 on the grounds as set forth in the motion. Item 1 is DENIED conditionally; any evidence of the reasonableness and necessity of medical bills and treatment must be properly authenticated and supported by expert testimony.

DONE this 2nd day of November, 2006.

                                         /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff did not show cause pursuant to the court's order of October 25, 2006 (Doc. #53), as to why the Motion in Limine should not be granted.