IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J.S., *a minor child, by and through his father and next best friend, John Seawright*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:05-cv-928-WKW |
| CURT CAMPBELL, | ) ) | |
| Defendant. | ) | |

**O R D E R**

The court will hear Plaintiff's objections to Exhibits at 9:30 a.m. on November 8, 2006. Defendant is requested to deliver the court's copy of the exhibits to Chambers of the undersigned by 9:00 a.m. on November 8, 2006.

Done this the 7th day of November, 2006.

        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE