IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J.S., *a minor child, by and through his father and next best friend, John Seawright*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:05-cv-928-WKW |
| CURT CAMPBELL, | ) ) | |
| Defendant. | ) | |

**O R D E R**

Defendant's Supplement To Its Previously Filed Motion In Limine (Doc. #49) is DENIED as moot in view of the Order entered on November 2, 2006 (Doc. #56).

Done this the 8th day of November, 2006.

                                  /s/   W.  Keith Watkins
                              UNITED STATES DISTRICT JUDGE