## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS JUDGE                                AT MONTGOMERY, ALABAMA

DATE COMMENCED NOVEMBER 6, 2006                         AT 10:10 A.M./P.M.

DATE COMPLETED NOVEMBER 9, 2006                         AT  4:15 A.M./P.M.

```
J.S.
    Plaintiff                         )
                                      )         CIVIL ACTION NO.
vs                                    )
                                      )         2:05cv928-WKW
Curt Campbell                         )
    Defendant                         )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty. K. Anderson Nelms | X | Atty. Rick Howard |
| Atty. Jay Lewis | X | Atty. April McKay |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Ann Roy | Josh Segall | Risa Entrekin |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

JURORS

1. Dale Ray Bolton                6. Arlona Dionne Shipmon
2. Willie F. Boswell              7. Ann Mobley Shoemaker
3. Stephanie Thompson Durel       8. Daniel Keith Smith
4. Reginald Allen Giles           9.
5. Norma Jean Payne              10.

COURTROOM PROCEEDINGS:

**JURY SELECTION/JURY TRIAL**

**11/6/06**

10:10 a.m.      Court convened. Sidebar (on the record) - discussion
                regarding proposed jury venire questions.
                General multiple voir-dire conducted in CA Nos. 2:03cv1181-
                WKW, 2:05cv928-WKW
11:12 a.m.      Jury selection held in 2:05cv-928-WKW.
11:25 a.m.      Jury seated, sworn and excused until 11/8/06.

```
MINUTES
JURY TRIAL COMMENCING 11/8/06 BEFORE JUDGE KEITH WATKINS
CA NO. 2:05cv928
```

**11/8/06**

```
 9:41 a.m.      Preliminary Matters - Hearing (on the record) re [43]
                objections to defendant's exhibits 2A-2G, 3,6-9 and 14 if
                offered and plaintiff's exhibits 2A,3,4 and 5 if offered.
                Court reserves ruling.
11:11 a.m       Court convened.  Witness rule invoked.  Jurors seated.
                Court's Preliminary Instructions.
11:25 a.m.      Plaintiff's opening statement (12 Minutes - Mr. Nelms)
11:37 a.m.      Defendant's opening statement (16 Minutes - Mr. Howard)
11:51 a.m.      Lunch
 1:05 p.m.      Plaintiff's evidence commences.
 2:45 p.m.      Break
 3:00 p.m.      Evidence resumes.
 5:00 p.m.      Court recessed until 9:00 a.m., November 9, 2006.
```

**11-9-06**

```
 9:00 a.m.      Court reconvenes.  Plaintiff's evidence continues.
 9:45 a.m       Plaintiff rests. Sidebar (on the record).  Defendant's ORAL
                MOTION for Judgment as a Matter of Law. ORAL ORDER denying
                motion.
 9:50 a.m.      Defendant's evidence commenced.
10:30 a.m.      Break
11:00 a.m.      Defendant's evidence continues.
11:05 a.m.      Defense rests. Sidebar (on the record); defendant's renewed
                ORAL MOTION for Judgment as a Matter of Law; Court's ORAL
                ORDER denying motion.
11:10 a.m.      Lunch.
 1:00 p.m.      Charge conference. Parties' objections to charges and
                verdict form. Court rules on objections as stated in the
                record. Court to correct charges. Court overrules
                defendant's objection to verdict form.
 1:45 p.m.      Jury seated.  Plaintiff's closing arguments (19 Minutes -
                Mr. Nelms). Defendant's closing arguments (14  Minutes - Mr.
                Howard). Plaintiff's rebuttal argument (6 Minutes - Mr.
                Nelms).
 2:25 p.m.      Court's Jury Charge.
 3:05 p.m.      Jury excused to deliberate.
 4:10 p.m.      JURY VERDICT in favor of defendant.  Judgment to issue.
 4:15 p.m.      Jury excused.
                Court adjourned.
```