IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

J.S.

2:05cv928-WKW

vs.

Curt Campbell

Trial commencing 11/8/2006

PLAINTIFF                                        DEFENDANT

WITNESS LIST

1. John Searight, Jr. **11-8-06**          9. Curt Campbell     **11-9-06**

2. John Searight, Sr. **11-8-06**

3. Alecia M. Searight **11-8-06**

4. Tanquita Searight  **11-8-06**

5. Sanjenay Johnson   **11-8-06**

6. Willie N. Searight **11-8-06**

7. Tameka Searight    **11-9-06**

8. Melissa Walker     **11-9-06**