|  | Plaintiff's EXHIBITS | | | | | J.S.<br><br>v<br><br>Curt Campbell<br><br>2:05cv928-WKW |
|---|---|---|---|---|---|---|
| Jury Trial Commencing 11/8/06 | | | | | | |
|  |  |  |  |  |  | Judge William Keith Watkins<br>Risa Entrekin, Court Reporter |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| No |  | 11/8/06 | 1 |  | X | Incident Report |
| No |  | 11/8/06 | 2a |  | X | Defendant's Employment Records |
| W/D |  | 11/8/06 | 2b |  | X | Insurance Policy |
| No |  | 11/8/06 | 3 |  | X | Deposition Excerpt - Defendant |
| No |  | 11/8/06 | 4 |  | X | Plaintiff's Medical Records - Hospital |
| No |  | 11/8/06 | 5 |  | X | Plaintiff's Medical Records - Physician |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | Exhibits Located in Expandable Folder |
|  |  |  |  |  |  | With Case File. |