| Defendant's EXHIBITS | J.S. v Curt Campbell |
|---|---|
| Jury Trial Commencing 11/8/06 | 2:05cv928-WKW |

| | | | | | | Judge William Keith Watkins<br>Risa Entrekin, Court Reporter |
|---|---|---|---|---|---|---|
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| Yes | 11-9-06 | 11-8-06 | 1 | Campbell | | Alabama Uniform Incident/Offense Report |
| No | | 11-8-06 | 2a | | X | Mtgy. Area Mental Health Progress Notes |
| No | | 11-8-06 | 2b | | X | Mtgy. Area Mental Health Progress Notes |
| No | | 11-8-06 | 2c | | X | Mtgy. Area Mental Health Progress Notes |
| No | | 11-8-06 | 2d | | X | Mtgy. Area Mental Health Progress Notes |
| No | | 11-8-06 | 2e | | X | Mtgy. Area Mental Health Progress Notes |
| No | | 11-8-06 | 2f | | X | Mtgy. Area Mental Health Progress Notes |
| No | | 11-8-06 | 2g | | X | Mtgy. Area Mental Health Progress Notes |
| No | | 11-8-06 | 3 | | X | Student Disciplinary Report |
| No | | 11-8-06 | 4a | | X | Campbell's Performance Evaluation |
| No | | 11-8-06 | 4b | | X | Campbell's Oath of Office |
| No | | 11-8-06 | 4c | | X | Police Officer's Certificate |
| No | | 11-8-06 | 5a | | X | Excerpts from plaintiff's interrogatory answers |
| No | | 11-8-06 | 5b | | X | Excerpts from plaintiff's interrogatory answers |
| No | | 11-8-06 | 6 | | X | Complaint |
| No | | 11-8-06 | 7 | | X | More Definite Statement |
| No | | 11-8-06 | 8 | | X | Amended Complaint |
| No | | 11-8-06 | 9 | | X | Second Amended Complaint |
| No | | 11-8-06 | 11 | | | Map |
| No | | 11-8-06 | 14 | | X | Alabama Code 13A-11-7 |
| No | | 11-8-06 | 15a | | | Photograph |
| No | | 11-8-06 | 15b | | | Photograph |

| No | | 11-8-06 | 15c | | | Photograph |
|----|---|---------|-----|---|---|-----------|
| No | | 11-8-06 | 15d | | | Photograph |
| No | | 11-8-06 | 16 | | | Ambulance Report |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | Exhibits Maintained in Expandable Folder |
| | | | | | | With Case File |
| | | | | | | |