EXHIBIT "A"

1. Mileage:

| | |
|---|---|
| Rick Howard - trip to Ft. Deposit for conference w/Curt Campbell regarding case | $36.86 |
| Rick Howard - trip to Ft. Deposit for conference w/Curt Campbell to prepare for depo. | $31.15 |
| Mark Dukes - trip to Hayneville for depositions | $24.92 |
| Rick Howard - trip to Ft. Deposit for conference w/Curt Campbell regarding trial | $33.82 |
| Rick Howard - trip to Ft. Deposit for conference w/Curt Campbell regarding trial | $33.82 |
| Rick Howard - trip to Ft. Deposit for conference with witnesses | $33.82 |
| Rick Howard - trip to Ft. Deposit for conference with witnesses | $33.82 |
| **TOTAL** | **$228.21** |

2. Audio Recording of statement from Melissa Searight and Laura Walker     **$130.00**

3. Deposition Transcripts     **$955.05**

4. Medical Records Pursuant to Subpoena:

| | |
|---|---|
| Medical Records from So. Records Management | $113.93 |
| Medical Records from Dr. Phillip Golomb | $19.00 |
| **TOTAL** | **$132.93** |

5. Witness Fees/Mileage Fees for Trial

| | |
|---|---|
| Laura Walker | $73.82 |
| Melissa Searight | $73.82 |
| Evelyn Bedgood | $73.82 |
| Cathy Iverson | $85.05 |
| Josephine Carroll | $44.45 |
| **TOTAL** | **$393.86** |

6. Trial Exhibits     **$35.65**